U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN - 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| THADDEUS M. BATISTE | CIVIL ACTION NO. 06-0089 |
| -vs- | JUDGE DRELL |
| EDDIE JORDAN, ORLEANS PARISH DISTRICT ATTORNEY | |

## JUDGMENT

Before the court is a report and recommendation of the magistrate [Doc. #8] suggesting that the petition for writ of habeas corpus filed by *pro se* petitioner Thaddeus M. Batiste ("Batiste") be denied and dismissed without prejudice because Batiste has not exhausted all available state court remedies. Batiste has not timely filed an objection to the magistrate's report.[1] After full record review, we adopt the reasoning and conclusion of the magistrate. Batiste's petition is DENIED and DISMISSED WITHOUT PREJUDICE.

Alexandria, Louisiana

/_ June 2006

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).